**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-2285**

_____

ROBERT C. JOHNSON,

                                      Petitioner - Appellant,

     versus

COMMISSIONER OF INTERNAL REVENUE,

                                     Respondent - Appellee.

_____

Appeal from the United States Tax Court.  (Tax Ct. No. 93-18457)

_____

Submitted:  January 30, 2003      Decided:  February 4, 2003

_____

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert C. Johnson, Appellant Pro Se.  Curtis Clarence Pett, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; B. John Williams, Jr., INTERNAL REVENUE SERVICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert C. Johnson appeals the tax court's order dismissing his petition for failure to prosecute. Our review of the record and the tax court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the tax court. See Johnson v. Commissioner, No. 93-18457 (U.S. Tax Ct. Oct. 18, 2002). We deny Johnson's motion for summary disposition and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED